HAMILTON TRUST COMPANY, Respondent, *v.* WILLIAM K. DICKERSON et al., Defendants, and LEANDER B. FABER, as Receiver of PATRICK H. FLYNN, Appellant.

Reported below, 173 App. Div. ——.
(Argued May 22, 1916; decided May 30, 1916.)

MOTION to dismiss an appeal from a judgment of the Appellate Division of the Supreme Court in the second judicial department, entered March 9, 1916, affirming a judgment in favor of plaintiff entered upon a decision of the court on trial at Special Term in an action to foreclose a mortgage.

The motion was made upon the grounds that the Appellate Division unanimously decided that the findings of fact were supported by the evidence, and that the Court of Appeals had no jurisdiction to review the judgment appealed from.

*Edward J. Connolly* for motion.

*Charles L. Craig* opposed.

Motion denied, with ten dollars costs.